UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-CR-27(01) RM |
| | ) | |
| PEGGY ANN CAMPBELL | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on May 12, 2010 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Peggy Campbell's plea of guilty, and FINDS the defendant guilty of Counts 1 and 3 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED: <u>June 2, 2010</u>

<u>   /s/ Robert L. Miller, Jr.   </u>
Judge
United States District Court